Date: 01/12/11　　　　　　　　DIVIDENDS REMITTED TO THE COURT　　CK# 103  Receipt # 151723　　Page:

Case Number 09-20040 - LESKO, SCOTT PAUL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Renuka Diwan MD**<br>29101 Health Campus Dr<br>#300<br>Westlake, OH 44145<br>　ACCOUNT NO. 7361 | 000003 | 36.13 | 2.27 |
| ---------- Remittance Total --------------- | | 36.13 | 2.27 |

MARVIN A. SICHERMAN, Trustee



FILED 11 JAN 19 PM 12:07 U.S. BANKRUPTCY COURT NRN DISTRICT OF OHIO CLEVELAND